JS 45 (01/2008)                    **REDACTED**

Criminal Case Cover Sheet                                         U.S. District Court

**Place of Offense:**                Under Seal: Yes X__ No ____     Judge Assigned:    WEF

City _____    Superseding Indictment _____    Criminal Number: _____

County/Parish  Prince William   Same Defendant _____    New Defendant    X _____

                                Magistrate Judge Case Number  1:26-mj-32 _____    Arraignment Date: _____

                                Search Warrant Case Number _____

                                R 20/R 40 from District of _____

                                Related Case Name and No: _____

Defendant Information:

**Juvenile --Yes ___ No  X__ FBI #** _____

**Defendant Name:** John Dean DAGHITA _____    Alias Name(s) _____

**Address:**  New York, NY 10023 _____

**Employment:** _____

**Birth date** 2004 _____ **SS#** 2846 _____ Sex  M Def Race  White _____ Nationality  U.S. Citizen ____ Place of Birth _____

**Height** 5'9" _____ **Weight** 140 _____ **Hair** Brown _____ Eyes Blue _____ Scars/Tattoos _____

   **Interpreter:** __ No _____ **Yes** List language and/or dialect: _____ Automobile Description _____

Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody ____ On Pretrial Release   X__ Not in Custody

X__ Arrest Warrant Requested ____ Fugitive ____ Summons Requested

___ Arrest Warrant Pending ____ Detention Sought ____ Bond

Defense Counsel Information:

Name: _____    ____ Court Appointed    Counsel conflicted out: _____

Address: _____    ____ Retained

Telephone: _____    ____ Public Defender    Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

AUSA   Katherine E. Rumbaugh Telephone No:   703-299-3700 _____    Bar # _____

Complainant Agency, Address & Phone Number  or Person & Title:

FBI Special Agent Jordan A. Jenkins

U.S.C. Citations:

| | **Code/Section** | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 641 | Theft of Government Property | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

**Date:**  01/30/2026 _____    Signature of AUSA:    /s/ Katherine E. Rumbaugh _____